# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TOMMIE L. CARTER,

                Plaintiff,

v.

ALLISON MCGOWAN, AMY GUNDERSON, DEREK SCHAUTEN, and JOEL SANKEY,

                Defendants.

Case No. 16-CV-838-JPS

**ORDER**

      On May 9, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to any party. (Docket #40). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).[1]

      Accordingly,

      **IT IS ORDERED** that the parties' stipulation of dismissal (Docket #40) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own fees and costs.

---

[1] The original stipulation of dismissal, filed May 8, 2017, did not indicate whether the matter should be dismissed with or without prejudice. (Docket #39). The stipulation filed the next day now clarifies that the dismissal should be with prejudice. *See* (Docket #40).

Dated at Milwaukee, Wisconsin, this 10th day of May, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge